BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 11, 2026

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

Honorable Judge Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

*Re: Cestrone et al., v. Teads Holding Co., 1:26-cv-08690-DEH*

Dear Judge Ho,

We represent the Defendant Teads Holding Co., f/k/a Outbrain ("Defendant") in the above-referenced matter. Pursuant to Rule 2.e. of the Court's Individual Practices, we respectfully request that the Initial Pretrial Conference scheduled for November 16, 2026 be adjourned by approximately 90 days, and the deadline to file a proposed Civil Case Management Plan and Scheduling Order ("CMP") be moved accordingly. Pursuant to Rule 2.e.iv., the parties propose February 9th, 10th, or 11th, 2027, as alternative dates for the rescheduled Initial Pretrial Conference.

As background, on October 1, 2026, Plaintiffs Amanda Cestrone and Stacy Penning ("Plaintiffs") filed a class action complaint (the "Complaint") against Defendant. *See* ECF No. 1. On October 24, 2026, Plaintiff served Defendant with the Complaint. *See* ECF No. 8. Defendant's current deadline to file an answer or otherwise respond to the Complaint is December 16, 2026. *See* ECF No. 11. Accordingly, Defendant respectfully requests that the Court grant this adjournment of the Initial Pretrial Conference by at least 90 days. The requested adjournment will allow Defendant sufficient time to evaluate the allegations and respond to the Complaint before the Initial Pretrial Conference.

This is the first request for an adjournment of this Initial Pretrial Conference and Plaintiffs consent to this request. The Initial Pretrial Conference is the parties' only scheduled appearance before the Court, and the requested adjournment will not prejudice any party.

November 11, 2026
Page 2

Based on the foregoing, and for good cause shown, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference to one of the following mutually agreed-upon alternative dates: February 9th, 10th, or 11th, 2027, and that the CMP submission deadline be moved accordingly.

Respectfully submitted,

*/s/ Robyn M. Feldstein*

Robyn M. Feldstein

cc: Counsel for Plaintiff via ECF

Application **GRANTED**. The Initial Pretrial Conference is hereby **ADJOURNED** to **February 4, 2027** at **11:30 a.m.** The deadline for the parties' Joint Letter and Proposed Case Management Plan is accordingly extended up to and including **January 28, 2027**.

SO ORDERED.

Dated: November 12, 2026
New York, New York

Dale E. Ho
United States District Judge